

# Fourth Court of Appeals
## San Antonio, Texas

August 5, 2015

No. 04-14-00041-CR

Kyle **MILLER**,
Appellant

v.

**THE STATE OF TEXAS**,
Appellee

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2011CR5502
Honorable Pat Priest, Judge Presiding

# O R D E R

Sitting:    Karen Angelini, Justice
Marialyn Barnard, Justice
Rebeca C. Martinez, Justice

The panel has considered Appellant's Motion Challenging Court Ruling on Production of the Transcripts From Motion Hearings and Mistrial, and the motion is DENIED.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of August, 2015.

_____
Keith E. Hottle
Clerk of Court